IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONTE ROYES WILLIAMS | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| | : | NO. 02-cv-5323 |
| KUSNAIRS BAR & TAVERN, | | |
| Defendant. | | |

**O R D E R**

     AND NOW, this      day of August, 2002, it is ordered that the Plaintiff's Motion to Proceed In Forma Pauperis is GRANTED.  Defendants are directed to promptly answer or otherwise respond to the Plaintiff's complaint.

                                                           Legrome D. Davis, Judge

civil-o.frm (9/97)