IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONTE ROYES WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KUSNAIRS BAR & TAVERN, | : | NO. 02-CV-5323 |
| | : | |
| Defendant. | : | |

### ORDER

AND NOW, this     day of November, 2002, it is hereby **ORDERED** and decreed that Plaintiff, Donte Royes Williams' Motion to Subpoena Records, having failed to establish the relevance of the information contained in the records requested from The Community Action Association of Pennsylvania to his federal cause of action, is DENIED.  If the Plaintiff elects to submit a Renewed Motion to Subpoena Records, he must demonstrate with specificity the relevance of the documents requested to his underlying claim.

BY THE COURT:

_____
Legrome D. Davis
United States District Judge
Eastern District of Pennsylvania