## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONTE ROYES WILLIAMS,       :
                            :
      Plaintiff,            :        CIVIL ACTION
                            :
      v.                   :
                            :
KUSNAIRS BAR & TAVERN, et al.,   :        NO. 02-CV-5323
                            :
      Defendant.        :

### ORDER

AND NOW, this     day of November, 2002, it is hereby **ORDERED** and decreed that Plaintiff, Donte Royes Williams' Renewed Motion to Subpoena Records is **GRANTED**. This Court limits the scope of this Motion to the "Rental Agreement" between Plaintiff, Defendant Rendall Rusia, and Community Action Inc.[1] and any notes or records created by employees of Community Action Inc., dated June 1, 2001 to August 31, 2001, relating to Plaintiff's placement at 21 North Beeson Avenue, Uniontown, Pennsylvania, 15401. It is further **ORDERED** that Community Action Inc. forward all relevant documents by certified mail to Plaintiff[2] by December 26, 2002.

**BY THE COURT:**

_____
Legrome D. Davis
United States District Judge
Eastern District of Pennsylvania

---

[1] Community Action Inc., 140 North Beeson Avenue, Uniontown, Pennsylvania 15401.

[2] Plaintiff's current address is H.C.D.C #76197, P.O. Box 1245, Bel Air, Maryland, 21014.