IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONTE ROYES WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KUSNAIRS BAR & TAVERN, | : | NO. 02-CV-5323 |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this      day of December,  2002, it is hereby **ORDERED** and decreed that Plaintiff, Donte Royes Williams' Motion for "Request For Factual Discovery Extension," filed December 11, 2002, is hereby **GRANTED**.  Accordingly, all deadlines will be extended as follows:

1)   Factual discovery in this matter shall be completed by January 31, 2003.

2)   Dispositive Motions shall be filed by March 14, 2003.

3)   Responses to Dispositive Motions shall be filed by April 1, 2003.

BY THE COURT:

_____
Legrome D. Davis
United States District Judge
Eastern District of Pennsylvania