IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONTE ROYES WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KUSNAIRS BAR & TAVERN, | : | NO. 02-CV-5323 |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this      day of January, 2003, it is hereby **ORDERED** and decreed that:

1) Plaintiff, Donte Royes Williams shall serve upon Community Action Inc. his Motion to Subpoena Records granted by the Court on November 25, 2003.

2) Community Action Inc. shall comply with the Subpoena within thirty days of service.

3) Upon Plaintiff's written notification to the Court that Defendant has complied with the Subpoena, the Court will enter a scheduling order which will state deadlines for Discovery, Dispositive Motions, Responses to Dispositive Motions, and a date for a Pretrial Conference.

**BY THE COURT:**

_____
Legrome D. Davis, Judge