IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONTE ROYES WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KUSNAIRS BAR & TAVERN, | : | NO. 02-CV-5323 |
| | : | |
| Defendant. | : | |

**AMENDED SCHEDULING ORDER**

AND NOW, this      day of February, 2003, it is hereby **ORDERED** and decreed that:

1) Defendant shall respond to Plaintiff's First Set of Interrogatories by March 31, 2003.

2) Factual discovery in this matter shall be completed by April 24, 2003.

3) Dispositive Motions shall be filed by May 23, 2003.

4) Responses to Dispositive Motions shall be filed by June 23, 2003.

5) The Court will schedule a trial date upon resolution of all Motions.

BY THE COURT:


Legrome D. Davis, Judge

Case 2:02-cv-05323-LDD    Document 20    Filed 02/25/2003    Page 2 of 2