IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONTE ROYES WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KUSNAIRS BAR & TAVERN, | : | NO. 02-CV-5323 |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this      day of January 2004, it is hereby **ORDERED** and decreed that Defendant shall respond to Plaintiff's Motion for Leave to File Amended Complaint (Dkt. No. 31) within 10 days of the date of this Order.

**BY THE COURT:**

_____
Legrome D. Davis, Judge