IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONTE ROYES WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KUSNAIRS BAR & TAVERN, et al | : | NO. 02-CV-5323 |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this      day of January 2004, upon consideration of Plaintiff's Motion for Transfer of Venue (Dkt. No. 30), and Defendants' response thereto, it is hereby **ORDERED** and **DECREED** that Plaintiff's Motion is **GRANTED**.  The parties agree that concern the economic burden and inconvenience for all involved, justice requires transferring the case from Eastern District of Pennsylvania to the Western District of Pennsylvania.

The Clerk of the United States District Court for the Eastern District of Pennsylvania is directed to **TRANSFER** the case to the United States District Court for the Western District of Pennsylvania.  Plaintiff's Motion to Amend Complaint (Dkt. No. 31) is currently pending.  The Motion is transferred to the United States District Court for the Western District of Pennsylvania for disposition.

BY THE COURT:

_____

Legrome D. Davis, Judge